JS6 / ENTER

FILED
CLERK, U.S. DISTRICT COURT

MAR 10 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEVEN D. RIVERA, | No. CV 12-11049-ODW (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| TIM VIRGA, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: March 10, 2014

_____
OTIS D. WRIGHT
United States District Judge

ENTERED
CLERK, U.S. DISTRICT COURT

MAR 10 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY